**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ROBERT L. BEAN**        ) | |
|     **ID# 1405300**        ) | |
|       **Petitioner,**        ) | |
| vs.        ) | No. 3:09-CV-1137-D |
|         ) | |
| **RICK THALER, Director,**        ) | |
| **Texas Department of Criminal**        ) | |
| **Justice, Correctional Institutions Division,**        ) | |
|       **Respondent.**        ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the February 2, 2010 findings, conclusions, and recommendation of the United States Magistrate Judge and the March 1, 2010 objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

In accordance with Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c) and after considering the record in this case and the recommendation of the magistrate judge, the court denies petitioner a certificate of appealability.  The court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation filed in this case in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484

(2000).

**SO ORDERED**.

March 8, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE